United States District Court
Northern District of California

1

2

3

4                          UNITED STATES DISTRICT COURT

5                         NORTHERN DISTRICT OF CALIFORNIA

6

7    MARY ANN URIBE,                              Case No. 24-cv-07411-SI

8                 Plaintiff,

9          v.                                     **ORDER ADOPTING REPORT AND
                                                  RECOMMENDATION AND
10   DANIEL PONCE, et al.,                        DISMISSING CASE WITH PREJUDICE**

11                Defendants.                     Re: Dkt. No. 10

12

13          On October 24, 2024, plaintiff Mary Ann Uribe, who is representing herself, filed this suit

14   on the basis of federal question jurisdiction and applied for leave to proceed in forma pauperis

15   (without prepaying the court filing fee). Dkt. Nos. 1, 2. The case was assigned to Magistrate Judge

16   Spero. Judge Spero granted plaintiff's request to proceed in forma pauperis and indicated that he

17   would next review plaintiff's complaint pursuant to 28 U.S.C. § 1915. Dkt. No. 5.

18          On December 9, 2024, Judge Spero issued an Order to Show Cause Re Review Under 28

19   U.S.C. § 1915. Dkt. No. 7. In the Order, Judge Spero screened the complaint and found that it

20   failed to contain a short and plain statement of the grounds for the court's jurisdiction and failed to

21   contain a short and plain statement of the claims showing entitlement to relief, as required by Federal

22   Rule of Civil Procedure 8. Judge Spero also found that "Plaintiff has failed to establish federal

23   jurisdiction in this case because she has stated no viable federal claims and there is no diversity

24   jurisdiction." *Id.* at 5. Judge Spero gave plaintiff until January 31, 2025, to file either an amended

25   complaint or a response. The Order said if plaintiff did not do so, the case would be reassigned to

26   a United States district judge with a recommendation that the case be dismissed. Plaintiff did not

27   file an amended complaint or a response.

28          On February 4, 2025, Judge Spero issued a Report and Recommendation Re Dismissal. Dkt.

1    No. 10 ("R&R").  The R&R recommended that the complaint be dismissed with prejudice for the

2    reasons set forth in the December 9, 2024 Order.  Plaintiff had fourteen days from service of the

3    R&R to serve and file any objections; three days are added for service by mail.  Fed. R. Civ. P. 6(d),

4    72.  The deadline to object has passed, and no objections have been received.

5        The Court has independently reviewed the filings in this case from the beginning.  The Court

6    agrees with Judge Spero that the complaint fails to establish federal jurisdiction in this case.  As to

7    the ADA claim, nothing in the complaint indicates that a public entity operates the facility at issue

8    here.  The First Amendment claim fails because plaintiff has not established that any defendant is a

9    state actor.  And the complaint's references to federal health and safety law do not identify any

10    particular federal law that has been violated.  Judge Spero indicated that plaintiff may be able to

11    state viable claims under the Fair Housing Act as to some defendants, but plaintiff did not amend

12    the complaint to bring such claims.

13        Accordingly, the Court ADOPTS the Report and Recommendation at Docket Number 10.

14    This case is dismissed with prejudice.

15

16        **IT IS SO ORDERED**.

17    Dated: February 26, 2025

18    _____

19    SUSAN ILLSTON
     United States District Judge

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California